

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-76,249

### EX PARTE QUILLON AKMON BROWN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 25298-B IN THE 3RD JUDICIAL DISTRICT COURT
### FROM ANDERSON COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to aggravated kidnapping, and originally received ten years' deferred adjudication community supervision. His guilt was later adjudicated, and he was sentenced to twenty-five years' imprisonment.

Applicant contend, *inter alia*, that he was denied the opportunity to appeal, because the trial court did not appoint appellate counsel to represent him, despite his indigence, and did not rule on his *pro se* notice of appeal. We remanded this application to the trial court for findings of fact and

conclusions of law.

The trial court has determined that neither Applicant's *pro se* notice of appeal nor his affidavit of indigence were ruled upon by the trial court. The trial court has also determined that despite the fact that Applicant was indigent at the time of his attempted appeal, no appellate counsel was appointed. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 25298-B from the 3rd Judicial District Court of Anderson County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: October 28, 2009
Do Not Publish